# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# TEXARKANA DIVISION

UNITED STATES OF AMERICA                                              RESPONDENT

v.                                    No. 4:11-cr-40037-041

MICHAEL WALKER                                                        MOVANT

## ORDER

Movant, a Defendant in this criminal matter, has submitted his Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence. ECF Nos. 1690 and 1718. The Court has reviewed the Motion and finds the Government should respond.

**IT IS ORDERED** the United States of America, by and through the United States Attorney for the Western District of Arkansas, is ordered to answer or otherwise respond to the issues raised by the Motion within sixty (60) days of the date of this Order.

**ENTERED** this **22nd day of June 2016.**

                                                    /s/ Barry A. Bryant
                                                  HON. BARRY A. BRYANT
                                                  UNITED STATES MAGISTRATE JUDGE