**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**TEXARKANA DIVISION**

**UNITED STATES OF AMERICA**                            **RESPONDENT**

**v.**                **Criminal No. 4:11-CR-40037-041**
                    **Civil No. 4:16-CV-4046**

**MICHAEL WALKER**                                            **MOVANT**

## ORDER

       Movant, a defendant in this criminal matter, confined to the Federal Bureau of Prisons, Yazoo City, Mississippi, has filed a Notice of Dismissal (ECF No. 1776) of his Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. ECF No. 1690 and 1718.   He seeks dismissal without prejudice.  The Motion to Vacate had been previously stayed pending the decision of the United States Supreme Court in *Beckles v. United States*, ___ U.S. ___, 2017 W.L. 855781 (March 6, 2017).

       The Government has not responded to the Motion to Vacate and therefore dismissal is proper pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).  Movant's Notice of Dismissal is proper and the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 1690 and 1718) is **DISMISSED** without prejudice.

       **ENTERED this 28th day of March 2017.**

                                                        /s/ Susan O. Hickey
                                                      HON. SUSAN O. HICKEY
                                                      UNITED STATES DISTRICT JUDGE